41 So.2d 920

**Mandy McCOLLUM v. STATE.**

6 Div. 738.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 921

**Mariah McCOLLUM v. STATE.**

6 Div. 736.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 921

**Jim McCURDY v. STATE.**

7 Div. 4.

Court of Appeals of Alabama.
June 7, 1949.

Roy D. McCord, of Gadsden, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

41 So.2d 921

**Jim McCURDY v. STATE.**

7 Div. 5.

Court of Appeals of Alabama.
June 7, 1949.

Roy D. McCord, of Gadsden, for appellant.

A. A. Carmichael, Atty Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 921

**Edd MACAROY (alias McElroy) v. STATE.**

6 Div. 797.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

38 So.2d 202

**Adkins McDADE Jr., v. STATE.**

5 Div. 265.

Court of Appeals of Alabama.
Nov. 23, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.